IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              November 8, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

VICTOR MANUEL SOLIS, et al

vs                                                  CIVIL 98-1879CCC

PHILLIPS PUERTO RICO CORE, INC.

By order of the Court this case is referred to U.S. Magistrate Castellanos for the setting of a settlement conference. Trial to be reset after receiving settlement conference report.

*signature* - Secretary

s/c: L. Pérez
     C. Velázquez
     R. Frier
     A. Alvarez

NOV - 8 1999