UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

DATE: November 23, 1999

HONORABLE MAGISTRATE JUDGE J. A. CASTELLANOS

COURTROOM DEPUTY: Rosie G. Oliver

CASE NO: Civ. 98-1879 (CC)

========================================================================

Victor Manuel Solis, et al
    vs.

Phillips Puerto Rico Core, Inc.

========================================================================

    BY ORDER OF THE COURT a SETTLEMENT CONFERENCE is set for DECEMBER 8, 1999 at 2:30 P.M.

    Minutes to be notified.