IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR MANUEL SOLIS, et al.,

    Plaintiffs

v.     CIVIL NO. 98-1879(CCC)

PHILLIPS PUERTO RICO CORE, INC.,

    Defendant

## SETTLEMENT CONFERENCE REPORT

At the Settlement Conference held today, the parties were represented by Counsel Carmencita Velázquez, Luis R. Pérez-Giusti, and Plaintiff Víctor Manuel Solís.

Settlement negotiations were conducted and it is very likely that this case will be settled. The parties will inform the Court on December 15, 1999 if the case has been settled.

If the settlement is not materialized by this deadline, the record of the case should be returned to this magistrate for the Report and Recommendation on the pending Motion of Summary Judgement.

In San Juan, Puerto Rico, this 8th day of December 1999.

s/c L. Pérez
C Velázquez
R. Fries
A. Alvarez

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)